UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIVAN BASSAW, individually and on behalf of all
others similarly situated,

                              Plaintiff,

      -v-

REP FITNESS, LLC,

                              Defendant.

CIVIL ACTION NO.: 23 Civ. 1866 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 1, 2023, the Court scheduled an initial case management conference for June 6, 2023, and directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") by May 30, 2023.  (ECF No. 14)  The parties failed, however, to file the PCMP by the Court-ordered deadline or to request an extension of time to do so.  As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the PCMP by **June 1, 2023**.   A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.  To the extent the parties disagree about any portion of the PCMP, they may set forth their respective proposals for the disputed provision, without argument.

Dated:     New York, New York
           May 31, 2023

                                SO ORDERED.

                                SARAH L. CAVE
                              **United States Magistrate Judge**