UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
SHIVAN BASSAW, Individually, and On
Behalf of All Others Similarly Situated,

                    Plaintiff,

vs.

REP FITNESS, LLC,

                    Defendant.
---------------------------------------------------------------x

Case No.: 1:23-cv-01866

**NOTICE OF SETTLEMENT**

Plaintiff Shivan Bassaw ("Plaintiff") hereby notifies the Court that the present case has settled between Plaintiff and defendant Rep Fitness, LLC ("Defendant") (collectively, the "parties"), and states as follows:

1.    A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2.    The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences for 60 days.

- 2 -

DATED: May 31, 2023					**MIZRAHI KROUB LLP**


					/s/ Edward Y. Kroub
					EDWARD Y. KROUB

					EDWARD Y. KROUB
					225 Broadway, 39th Floor
					New York, NY  10007
					Telephone:  212/595-6200
					212/595-9700 (fax)
					ekroub@mizrahikroub.com


					*Attorneys for Plaintiff*