UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIVAN BASSAW, individually and on behalf of all others similarly situated,

                Plaintiff,

-v-

REP FITNESS, LLC,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 1866 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' settlement in principle (ECF No. 17), the Court orders as follows:

1. The initial case management conference scheduled for June 6, 2023 is CANCELLED.

2. The Court's entry of a case management plan is HELD IN ABEYANCE.

3. By **July 5, 2023**, the parties shall file a stipulation of dismissal for the attention of the Honorable Paul G. Gardephe.

Dated:    New York, New York
            June 2, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**